COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:    W. Dow Hamm III Corporation and William Dow Hamm III **V.**
Millennium Income Fund, L.L.C.

Appellate case number:    01-12-00313-CV

Trial court case number:    0313955

Trial court:    61st District Court of Harris County

Date motion filed:    April 23, 2013

Party filing motion:    Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Michael Massengale
    ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Massengale, and Brown.

Date:  May 16, 2013